# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JOSHUA J. RUFFIN et al.,

    Plaintiffs,

v.                            CASE NO. 4:11cv344-RH/WCS

CITY OF TALLAHASSEE et al.,

    Defendants.

_____/

## ORDER DENYING AS MOOT THE DEFENDANTS'
## MOTION TO DETERMINE THE SUFFICIENCY
## OF THE PLAINTIFFS' ADMISSION RESPONSES

The defendants moved to determine the sufficiency of the plaintiffs' responses to specific requests for admission. In response to the motion, the plaintiffs have admitted that their original responses to the admission requests were deficient. The defendants did not ask in the motion for an award of attorney's fees.

Case No. 4:11cv344-RH/WCS

Accordingly,

    IT IS ORDERED:

    The defendants' motion, ECF No. 26, to determine the sufficiency of specific requests for admission is DENIED AS MOOT.

    SO ORDERED on December 15, 2011.

                             s/Robert L. Hinkle  
                             United States District Judge